

## NUMBER 13-13-00453-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

GUILLERMO R. PECHERO, M.D., Appellant,

v.

AGUSTIN GARCIA AND RONALD JACKSON, Appellees.

### On appeal from the County Court at Law No. 1 of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides and Perkes
### Memorandum Opinion Per Curiam

While an appeal was pending before this Court, appellant, Guillermo Pechero, filed an agreed motion to remand for settlement pursuant to Rule 42.1(a)(2)(B) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(2)(B). According to the motion, the parties have reached an agreement to settle and compromise their differences. They ask this Court to set aside the judgment of the trial court without regard

to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *Id.*

The Court, having examined and fully considered the joint motion to remand, is of the opinion that it should be and is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
16th day of July, 2015.